IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and ROSE PACHECO on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., and DOES 1–50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-04114 WHA<br><br><br><br>**ORDER DENYING REQUEST TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT** |

    At the case management conference on December 17, 2009, the undersigned granted plaintiffs leave to file an amended complaint by December 21, 2009. No amended complaint was received. Plaintiffs instead mailed a letter to the undersigned on December 23 requesting that the deadline to file an amended complaint be extended. Plaintiffs did not show good cause why they failed to meet the December 21 deadline. Absent good cause shown, plaintiffs' request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: December 30, 2009.

                                      WILLIAM ALSUP<br>
                                      UNITED STATES DISTRICT JUDGE