IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KAUFFMAN, JUDY CHANG and ROSE PACHECO on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BANK OF AMERICA, N.A., and DOES 1–50, inclusive,

Defendants.

No. C 09-04114 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO ATTEND HEARING BY TELEPHONE**

Good cause not shown, the Court **DENIES** defendant's request to participate in a hearing by telephone. The courtroom telephone system does not make it conducive for attendance by telephone.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE