**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and ROSE PACHECO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and DOES 1–50, inclusive,<br><br>Defendants. | No. C 09-04114 WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO ATTEND HEARING BY TELEPHONE** |

Good cause not shown, the Court **DENIES** defendant's request to participate in a hearing by telephone. The courtroom telephone system does not make it conducive for attendance by telephone.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE