IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and ROSE PACHECO on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA N.A., and DOES 1-50 inclusive,<br><br>    Defendants.<br>                                    / | No. C 09-04114 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR A STAY** |

    In this putative employment class action, defendant Bank of America N.A. moves for a stay. Defendant filed a motion with the Judicial Panel on Multi-District Litigation to consolidate this action with other similar actions. Defendant asserts that a stay would promote judicial economy and prevent inconsistent rulings. Defendant's arguments are unpersuasive. If the stay is denied and the Panel transfers this case, then what ever disclosure and discovery occur in the meantime will mean the lawsuit is that much further along. On the other hand, if the case is not transferred a stay would unnecessarily delay this case and thwart a speedy adjudication of plaintiffs' claims. Plaintiffs have also noted that this lawsuit is unique because the members of the class are limited to personal bankers with claims solely based on California laws. For this

reason, any duplicated discovery or risk of inconsistent rulings will be minimal. Defendant's motion for a stay is hereby **DENIED.**

**IT IS SO ORDERED.**

Dated: January 21, 2010

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE