IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KAUFFMAN, JUDY CHANG
and ROSE PACHECO on behalf of
themselves and all others similarly situated,

No. C 09-04114 WHA

Plaintiffs,

v.

BANK OF AMERICA, N.A., and
DOES 1–50, inclusive,

Defendants.
                                                              /

**ORDER GRANTING
PLAINTIFFS' MOTION
FOR LEAVE TO AMEND**

Plaintiffs in this case move for leave to file their amended complaint. For the reasons stated in plaintiffs' motion, leave is **GRANTED**. Plaintiffs must file their amended complaint within three days, and defendants have twenty days within which to respond.

**IT IS SO ORDERED.**

Dated: February 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE