United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KAUFFMAN, JUDY CHANG
and ROSE PACHECO on behalf of
themselves and all others similarly situated,

    Plaintiffs,

  v.

BANK OF AMERICA, N.A., and
DOES 1–50, inclusive,

    Defendants.
                                    /

No. C 09-04114 WHA

**ORDER GRANTING
PLAINTIFFS' MOTION
FOR LEAVE TO AMEND**

Plaintiffs in this case move for leave to file their amended complaint. For the reasons stated in plaintiffs' motion, leave is **GRANTED**. Plaintiffs must file their amended complaint within three days, and defendants have twenty days within which to respond.

**IT IS SO ORDERED.**

Dated: February 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE