1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
VIRGINIA KAUFFMAN, JUDY CHANG
and ROSE PACHECO on behalf of
10  themselves and all others similarly situated,              No. C 09-04114 WHA
11          Plaintiffs,
12      v.                                              **ORDER SETTING HEARING
                                                        ON PLAINTIFFS'**
13  BANK OF AMERICA, N.A., and DOES                     **DISCOVERY DISPUTE**
    1–50, inclusive,
14
15          Defendants.
                                                   /
16
17          The Court is in receipt of plaintiffs' letter of February 3, 2010, concerning their discovery

18  dispute and hereby **SETS** a further meet-and-confer on **TUESDAY, FEBRUARY 9, 2010, FROM**

19  **8:00–10:00 A.M.** in the Court's jury room located on the nineteenth floor of the federal

20  courthouse, located at 450 Golden Gate Avenue, in San Francisco. At **10:30 A.M.** that same day,

21  the Court will hold a hearing to resolve any remaining issue(s).

22          Please note that only those who personally participate in the further meet-and-confer may

23  be heard at the discovery hearing.

24          **IT IS SO ORDERED.**

25
26  Dated: February 4, 2010.
                                        WILLIAM ALSUP
27                                      UNITED STATES DISTRICT JUDGE

28