IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KAUFFMAN, JUDY CHANG
and ROSE PACHECO on behalf of
themselves and all others similarly situated,

    Plaintiffs,

  v.

BANK OF AMERICA, N.A., and DOES
1–50, inclusive,

    Defendants.
_____/

No. C 09-04114 WHA

**AMENDED ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

    The Court is in receipt of plaintiffs' letter of February 3, 2010, concerning their discovery dispute and hereby **SETS** a further meet-and-confer on **TUESDAY, FEBRUARY 9, 2010, FROM 8:00–10:00 A.M.** in the Court's jury room located on the nineteenth floor of the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco. At *10:00 A.M.* that same day, the Court will hold a hearing to resolve any remaining issue(s).

    Please note that only those who personally participate in the further meet-and-confer may be heard at the discovery hearing.

    **IT IS SO ORDERED.**

Dated: February 4, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE