IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA KAUFFMAN, JUDY CHANG
and ROSE PACHECO on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

BANK OF AMERICA, N.A., and
DOES 1–50, inclusive,

Defendants.

No. C 09-04114 WHA

**ORDER GRANTING
PLAINTIFFS' MOTION
FOR LEAVE TO AMEND**

On February 1, 2010, an order granted plaintiffs' motion for file an amended complaint. The hearing scheduled for February 18 on this motion is therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: February 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE