IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and ROSE PACHECO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., and DOES 1–50, inclusive,<br><br>Defendants.<br>_____/ | No. C 09-04114 WHA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND** |

On February 1, 2010, an order granted plaintiffs' motion for leave to file an amended complaint. The hearing scheduled for February 18 on this motion is therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: February 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE