**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email:  mkane@mcguirewoods.com
Michelle R. Walker, Esq. (SBN 167375)
    Email:  mwalker@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email:  bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq.  (SBN 258363)
    Email:  skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**LAW OFFICE OF MICHAEL S. SORGEN**
Michael S. Sorgen, Esq. (SBN 43107)
    Email:  msorgen@sorgen.net
Ryan L. Hicks, Esq. (SBN 260284)
    Email:  rhicks@sorgen.net
**HOYER & ASSOCIATES**
Richard A. Hoyer, Esq.  (SBN 151931)
    Email:  rhoyer@hoyerlaw.com
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 956-1360
Facsimile:   (415) 276-1738

Attorneys for Plaintiffs
VIRGINIA KAUFFMAN, JUDY CHANG, ROSE PACHECO AND LEANETTE SPENCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and LEANETTE SPENCE on behalf of themselves and all others similarly situated, and ROSE PACHECO, individually,<br><br>             Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA N.A., AND DOES 1-50 INCLUSIVE,<br><br>             Defendants. | CASE NO. 09-cv-04114 WHA<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT PROPOSED *BELAIRE-WEST* NOTICE |

---

[~~Proposed~~] ORDER APPROVING JOINT PROPOSED *BELAIRE-WEST* NOTICE

# (Proposed) ORDER

This Court, having reviewed the joint proposed *Belaire-West* notice submitted by Plaintiffs VIRGINIA KAUFFMAN, JUDY CHANG, ROSE PACHECO and LEANETTE SPENCE on the one hand and Defendant BANK OF AMERICA, N.A., on the other hand (collectively the "Parties"), through their respective counsel of record, hereby approves the *Belaire-West* notice submitted by the Parties and attached hereto as Exhibit 1.

Date:__February 17, 2010._____    _____
HONORABLE WILLIAM ALSUP
United States District Judge



2
[Proposed] ORDER APPROVING JOINT PROPOSED *BELAIRE-WEST* NOTICE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On February 16, 2010, I served the document(s) described below in the manner set forth below:

**(PROPOSED) ORDER APPROVING JOINT PROPOSED *BELAIRE-WEST* NOTICE**

<u>XX</u>   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on February 16, 2010 at Los Angeles, California.

<u>   /s/ Michelle R. Walker</u>
**Michelle R. Walker**

# EXHIBIT 1

Case 3:09-cv-00411-WHA  Document 431  Filed 02/17/10  Page 4 of 6

# NOTICE TO CURRENT AND FORMER BANK OF AMERICA EMPLOYEES REGARDING DISCLOSURE OF CONTACT INFORMATION

To: CURRENT AND FORMER EMPLOYEES EMPLOYED BY BANK OF AMERICA IN THE POSITION OF PERSONAL BANKER FROM FEBRUARY 1, 2007 TO THE PRESENT IN THE FOLLOWING CALIFORNIA RETAIL BANKING CENTERS: 1310 S. Mary Avenue, Sunnyvale (Sunnyvale); 15 Ocean Avenue, San Francisco (Ocean Ave.); 2900 El Camino Real, San Mateo (San Mateo); 100 The Pruneyard, Campbell (Pruneyard); 14396 Union Avenue, San Jose (San Jose); 6 Leland Avenue, San Francisco (Leland Ave.); 1130 K Street, Sacramento (Sacramento); 550 S. Hill Street, Los Angeles (Hill St.); 3400 W. Magnolia Boulevard, Burbank (Burbank); 2611 Cedar Avenue, Fresno (Fresno); 3804 Atlantic Avenue, Long Beach (Long Beach); 6370 Magnolia Avenue, Riverside (Riverside); 1546 Saint Marks Plaza, Stockton (Stockton); 2420 Sonoma Avenue, Santa Rosa (Santa Rosa); 212 E. Main St. Visalia (Visalia); 89 Broadway, Fairfax (Fairfax); 431 Roseville Square, Roseville (Roseville); 1300 W. Olive Avenue, Merced (Merced); 7185 Healdsburg Avenue, Sebastopol (Sebastopol); 401 N. Harbor Boulevard, Fullerton (Fullerton); 3044 Sacramento Street, Placerville (Placerville); 1400 Truxton Avenue, Bakersfield (Bakersfield); 735 N. Euclid Avenue, Ontario (Ontario); 35 W. Napa Street, Sonoma (Sonoma); and/or 1010 E. Alisal Street, Salinas (Salinas).

A lawsuit, Virginia Kauffman, et al v. Bank of America, N.A., Case No. 09cv04114 WHA, has been filed in the United States District Court for the Northern District of California by Plaintiffs Virginia Kauffman, Judy Chang, and Leannette Spence ("Plaintiffs") on behalf of themselves and on behalf of other similarly situated employees of Bank of America, and by Rose Pacheco individually. **This is not a lawsuit against you, you are not being sued and you have no obligation to participate in this lawsuit.** In this lawsuit, Plaintiffs make claims against Bank of America for, among other things, failure to pay for overtime work, failure to provide meal and rest periods, and failure to provide itemized wage statements. For such violations, Plaintiffs seek unpaid wages, penalties and interest. Bank of America denies that the claims being made in the lawsuit are valid.

Plaintiffs contend that this lawsuit can be brought as a class action on behalf of all individuals who are or previously were employed by Bank of America in a personal banker position that was classified as non-exempt in the State of California, including the retail banking centers identified above. If you worked for Bank of America at any time since February 1, 2007 in the position of Personal Banker at one of these retail banking centers, you may be a member of the proposed class.

**Plaintiffs' attorneys have asked for your address and telephone number so they may contact you regarding this lawsuit.**

The Court has ordered that a letter be sent to you to determine if you would object to Plaintiffs' attorneys receiving your address and telephone number. YOU MAY ELECT NOT TO PROVIDE YOUR ADDRESS AND/OR TELEPHONE NUMBER TO PLAINTIFF'S ATTORNEYS ON THE GROUNDS OF PRIVACY.

THEREFORE, IF YOU OBJECT TO THE DISCLOSURE OF YOUR CONTACT INFORMATION TO PLAINTIFF'S ATTORNEYS, YOU MUST SIGN AND RETURN THE ENCLOSED POSTCARD TO THE ADDRESS ON THE POSTCARD. IF YOU DO NOT RETURN THE ENCLOSED POST CARD, YOUR NAME, HOME ADDRESS AND TELEPHONE NUMBER WILL BE DISCLOSED TO PLAINTIFFS' ATTORNEYS. THE POSTMARK DEADLINE FOR RETURNING THE POST CARD IS MARCH 11, 2010.

You have the right to contact Plaintiffs' attorneys or Bank of America's attorneys directly:

| | |
|---|---|
| Plaintiffs' attorneys: | Bank of America's attorneys: |
| LAW OFFICES OF MICHAEL S. SORGEN | MCGUIREWOODS LLP |
| Telephone: (415) 956-1360 | Telephone: (310) 315-8200 |
| HOYER & ASSOCIATES | |
| Telephone: (415) 956-1360 | |

**YOU ARE UNDER NO OBLIGATION TO PROVIDE INFORMATION TO OR DISCUSS THIS MATTER WITH PLAINTIFFS' ATTORNEYS OR AGENTS OR DEFENDANT'S ATTORNEYS OR AGENTS.**

**OBJECTION TO RELEASE OF CONTACT INFORMATION**
[Please print all information clearly]

I DO NOT WANT my name, address, telephone number or any other information related to my employment to be provided to Plaintiffs' attorneys in connection with the lawsuit against Bank of America regarding wage and hour allegations.

_____     _____                _____
Last Name                   First Name                              Middle Initial


_____          _____
Signature                                                   Date