**MCGUIREWOODS LLP**
Michelle R. Walker, Esq. (SBN 167375)
    Email: mwalker@mcguirewoods.com
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and LEANETTE SPENCE on behalf of themselves and all others similarly situated, and ROSE PACHECO, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA N.A., AND DOES 1-50 INCLUSIVE,<br><br>    Defendants. | CASE NO. 09-cv-04114 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY JOINT SCHEDULE OF INITIAL DEPOSITIONS |

---

[Proposed] Order Granting *Ex Parte* Application for An Order Modifying Initial Deposition Schedule

# (Proposed) ORDER

Good Cause having been shown, Defendant Bank of America, N.A.'s application for an order modifying the Joint Initial Deposition Schedule (Dkt. #40), is hereby GRANTED. The remaining initial half-day depositions in this matter shall take place as follows:

| **Deponent** | **Date** | **Time** | **Location** |
|---|---|---|---|
| Tina Chu | 3/10/10 | 9:00 a.m. | Law Office of Michael S. Sorgen |
| Ray Molina | 3/10/10 | 1:30 p.m. | Law Office of Michael S. Sorgen |
| Jessica Deniz | 3/11/10 | 9:00 a.m. | Law Office of Michael S. Sorgen |
| Daniel Whitehouse | 3/11/10 | 1:30 p.m. | Law Office of Michael S. Sorgen |
| Leanette Spence | 3/12/10 | 9:00 a.m. | Esquire Deposition Services, San Francisco |
| Rose Pacheco | 3/12/10 | 1:30 p.m. | Esquire Deposition Services, San Francisco |

Date: March 1, 2010.



HONORABLE WILLIAM H. ALSUP
United States District Judge

2

—[Proposed] Order Granting *Ex Parte* Application for An Order Modifying Initial Deposition Schedule

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On February 28, 2010, I served the document(s) described below in the manner set forth below:

**PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY JOINT SCHEDULE OF INITIAL DEPOSITIONS**

<u>XX</u>   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on February 28, 2010 at Los Angeles, California.

    /s/ Michelle R. Walker
**Michelle R. Walker**