**MCGUIREWOODS LLP**
Michelle R. Walker, Esq. (SBN 167375)
    Email: mwalker@mcguirewoods.com
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**LAW OFFICE OF MICHAEL S. SORGEN**
Michael S. Sorgen, Esq. (SBN 43107)
    Email: msorgen@sorgen.net
Ryan L. Hicks, Esq. (SBN 260284)
    Email: rhicks@sorgen.net
**HOYER & ASSOCIATES**
Richard A. Hoyer, Esq. (SBN 151931)
    Email: rhoyer@hoyerlaw.com
240 Stockton Street, 9th Floor
San Francisco, California 94108
Telephone:  (415) 956-1360
Facsimile:   (415) 276-1738

Attorneys for Plaintiffs
VIRGINIA KAUFFMAN, JUDY CHANG, ROSE PACHECO AND LEANETTE SPENCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG and LEANETTE SPENCE on behalf of themselves and all others similarly situated, and ROSE PACHECO, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA N.A., AND DOES 1-50 INCLUSIVE,<br><br>  Defendants. | CASE NO. 09-cv-04114 WHA<br><br>[~~PROPOSED~~] ORDER CONTINUING ADR COMPLETION DATE |

~~[Proposed]~~ **ORDER**

Pursuant to the stipulation of the parties, and in compliance with this Court's statements made during the Initial Case Management Conference on December 17, 2009, the ADR completion date in this matter be continued to a date ninety (90) days after the Court rules upon Plaintiffs' motion for class certification, or, if no motion for class certification is filed on or before June 10, 2010, to a date ninety (90) days after the deadline for filing the motion.

Date: March 1, 2010.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge



## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On February 26, 2010, I served the document(s) described below in the manner set forth below:

**[PROPOSED] ORDER CONTINUING ADR COMPLETION DATE**

XX   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on February 26, 2010 at Los Angeles, California.

/s/ Michelle R. Walker
**Michelle R. Walker**