Case 3:09-cv-04814-WHA Document 542 Filed 05/16/11 Page 1 of 2
Case 3:09-cv-04814-WHA-GS Document 542 Filed 05/16/11 Page 1 of 2
Case MDL No. 2138 Document 69 Filed 01/20/11 Page 1 of 2



**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: BANK OF AMERICA WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION

(SEE ATTACHED SCHEDULE)

C 09-4114 WHA

**SEPARATION OF CLAIMS AND
CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that certain specified claims in the actions on the attached schedule are not appropriate for inclusion in this litigation and that remand of those claims to the respective transferor courts, as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the following individual claims in the civil actions listed on the attached schedule be separated and remanded to their respective transferor courts:

In *Carrero*: Count II (violation of the FMLA); Counts III and IV (FLMA retaliation); and Counts V and VI (defamation).

In *Kauffman*: Count VII (violation of the California Fair Employment & Housing Act); Count VIII (disability discrimination under FEHA); Count IX (retaliatory termination); and Count X (defamation).

In *Zhou*: Count VI (failure to pay or race discrimination under FEHA); Count VII (violation of California Family Rights Act); Count VIII (retaliatory termination); and Count IX (libel).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Kansas.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Kansas with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: may 11, 2011
Clerk, U.S. District Court
By: M. gonzales Deputy Clerk

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case 2:10-md-02138-JWL-KGS Document 225 Filed 05/11/11 Page 2 of 2
Case 3:09-cv-04114-WHA Document 54 Filed 05/16/11 Page 2 of 2
Case MDL No. 2138 Document 69 Filed 01/20/11 Page 2 of 2

### IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

MDL No. 2138

### SCHEDULE FOR CRO

| TRANSFEREE DIST | DIV. | C.A.NO. | TRANSFEROR DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| KS | 2 | 10-02231 | CAN | 3 | 09-04016 | Jennifer Zhou v. Bank of America, N.A. |
| KS | 2 | 10-02229 | CAN | 3 | 09-04114 | Virginia Kauffman, et al. v. Bank of America, N.A. |
| KS | 2 | 10-02216 | FLM | 6 | 09-00862 | Vicky Carrero, et al. v. Bank of America, N.A. |