IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KAUFFMAN, JUDY CHANG, ROSE PACHECO, and LEANNETTE SPENCE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant.<br>_____ / | No. C 09-04114 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

    This case file has been reopened upon a separation of claims and conditional remand order by the judicial panel on multidistrict litigation. This order accordingly sets a case management conference for **JUNE 9, 2011, AT 3:00 P.M.** The parties shall submit a joint case management conference statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: May 23, 2011.

                                             WILLIAM ALSUP<br>
                                             UNITED STATES DISTRICT JUDGE