1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

17
18 ROSE PACHECO and LEANNETTE SPENCE,

19          Plaintiffs,

20      vs.

21 BANK OF AMERICA N.A., AND DOES 1-50 INCLUSIVE,

22          Defendants.

23
24

CASE NO. 3:09-CV-04114-WHA

**STIPULATION REQUESTING EXTENSION OF MEDIATION DEADLINE AND [PROPOSED] ORDER THEREON**

**[N.D. Cal. ADR Local Rule 6-5]**

25
26
27
28

1
STIPULATION REQUESTING EXTENSION OF MEDIATION DEADLINE

**STIPULATION REQUESTING EXTENSION OF MEDIATION DEADLINE**

Pursuant to ADR Local Rule 6-5, all parties hereby stipulate to request extension of the mediation deadline from September 9, 2011 to October 31, 2011.

**CONSIDERATIONS SUPPORTING THE REQUEST**

The mediation is currently scheduled for September 7, 2011. On August 12, 2011, Plaintiffs noticed the depositions of two employees of Defendant for August 25, 2011. The noticed date for the depositions is not available, and the parties have no mutually available dates for the depositions to take place prior to the time mediation statements are due pursuant to ADR Local Rule 6-7. As counsel for Plaintiff believes that these depositions must be taken in order for the mediation to be meaningful, the parties hereby request that the mediation deadline be extended until October 31, 2011, so that the parties may reschedule the mediation without any further continuances. All parties concur in the request to extend the deadline.

**IT IS SO STIPULATED**.

DATED: August 24, 2011

                LAW OFFICES OF MICHAEL SORGEN

                By /s/ Ryan L. Hicks
                    RYAN L. HICKS
                Attorneys for Plaintiffs

///

///

**McGuireWoods LLP**

DATED: August 24, 2011

By: /s/ Bethany A. Pelliconi
    Michael D. Mandel, Esq.
    Bethany A. Pelliconi, Esq.
    Sylvia J. Kim, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.

**[PROPOSED] ORDER**

Per the parties' stipulation, and good cause having been shown, the mediation deadline is hereby extended to October 31, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 29, 2011

By: _[signature]_
United States District Judge
Honorable William H. Alsup