IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANETTE SPENCE and ROSE PACHECO,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA N.A., and DOES 1–50 inclusive,<br><br>    Defendants. | No. C 09-04114 WHA<br><br>**ORDER OF DISMISSAL** |

    This case was transferred to MDL proceedings which severed certain plaintiffs' individual claims and sent them back here for individual resolution for certain claims by plaintiffs Rose Pacheco and Leanette Spence. Plaintiffs Pacheco and Spence each filed a stipulation of dismissal with prejudice of all of their claims before this Court (Dkt. Nos. 63 and 67). Thus, the above-captioned action is **DISMISSED WITH PREJUDICE**. The **CLERK SHALL CLOSE** the case file.

    **IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE